Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| NADINE MARIOTTI | ) Chapter 13 <br> ) <br> ) Case No.: 8:07-bk-13257-TA <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301109** in the sum of **$36.90** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

   NADINE MARIOTTI
   3990 ALADDIN DRIVE
   HUNTINGTON BEACH, CA #REF!

Date: September 10, 2011         __/S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0713257 | NADINE MARIOTTI ACCT: | Claim: 00000 | XXX-XX-7211 | 36.90 | 0.00 | 36.90 |
| | | TOTALS | | 36.90 | 0.00 | 36.90 |

NADINE MARIOTTI

BALANCE:                [0.00  13/00000]
SSN: XXX-XX-7211    SSN:
ACCT:                              CASE: 0713257
PRINCIPAL:     36.90   INTEREST:       0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301109

Aug 22, 2011

VOID 90 DAYS FROM DATE

********$36.90

PAY   Thirty Six And 90 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301109⑈ ⑆061100790⑆ 000000575186 2⑈